# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-03510-RGK-AS | Date | February 28, 2022 |
|---|---|---|---|
| Title | *Angel Chevrestt v. Hollywood Unlocked, Inc.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On February 3, 2022, the Court granted Plaintiff's motion to enforce a settlement agreement between Plaintiff and Defendant. (ECF No. 38.) The Court also ordered Plaintiff to file a notice of dismissal. Plaintiff has not filed anything since the Court's Order. The Court now **ORDERS** Plaintiff to show cause, in writing, as to why this case should not be dismissed for lack of prosecution, or to file a request for dismissal. Plaintiff has until March 7, 2022 to respond.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | jre/k |