JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-03510-RGK-AS | Date | March 10, 2022 |
|---|---|---|---|
| Title | *Angel Chevrestt v. Hollywood Unlocked, Inc.* | | |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:      Attorneys Present for Defendants:

Not Present                Not Present

**Proceedings:**     (IN CHAMBERS) Order re: Dismissal

On February 3, 2022, the Court granted Plaintiff's motion to enforce a settlement agreement between Plaintiff and Defendant. (ECF No. 38.) The Court also ordered Plaintiff to file a notice of dismissal. After Plaintiff failed to file a dismissal, the Court ordered Plaintiff to show cause as to why this case should not be dismissed for lack of prosecution. In his response, Plaintiff explains that he has not received a settlement payment from Defendant and asks the Court for "leave to file a motion to reduce this Court's Order to an enforceable judgment and to seek all of Plaintiff's attorney fees that have been incurred since August 16, 2021." (Response to OSC at 3, ECF No. 40-1.) The Court denies Plaintiff's request. And finding no good cause, the Court **DISMISSES** this case. This dismissal, however, does not preclude Plaintiff from filing a separate action to enforce the Court's judgment.

**IT IS SO ORDERED.**

_____ : _____
Initials of Preparer           jre/k